NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PARALLEL NETWORKS, LLC,**
*Plaintiff-Appellant,*

v.

**ABERCROMBIE & FITCH CO.,**
*Defendant-Appellee,*

AND

**ASICS AMERICA CORPORATION, AMAZON.COM, INC., BARNES & NOBLE, INC., BARNESANDNOBLE.COM, LLC, BRAIN BUSTERS, LLC, BRAWN, LLC, CABELA'S, INC., CITIZEN WATCH COMPANY OF AMERICA, INC., DELTA AIRLINES, INC., DILLARD'S, INC., FLAIRVIEW TRAVEL PTY LTD., FLIGHTBOOKERS LTD., IAC SEARCH & MEDIA, INC., IP HOLDINGS, INC., ICONIX BRAND GROUP, INC., JAG FOOTWEAR, ACCESSORIES & RETAIL CORPORATION (ALSO KNOWN AS JONES RETAIL CORPORATION), MACY'S WEST STORES, INC., MACYS.COM, INC., NETFLIX, INC., ONESTOP INTERNET, INC., ORIENTAL TRADING COMPANY, INC., SUBARU OF AMERICA, INC., SUNGLASS HUT TRADING, LLC, TARGET CORPORATION, THE GOODYEAR TIRE & RUBBER COMPANY, TRIPADVISOR LLC, US AIRWAYS, INC., AND ZAPPOS RETAIL, INC.,**
*Defendants-Appellees,*

AND

**ADIDAS AMERICA, INC.,**
*Defendant-Appellee,*

AND

**AEROPOSTALE, INC. AND RALPH LAUREN MEDIA, LLC,**
*Defendants-Appellees,*

AND

**H-D MICHIGAN, INC. AND HARLEY-DAVIDSON, INC.,**
*Defendants-Appellees,*

AND

**VOLKSWAGEN OF AMERICA INC. (NOW·KNOWN AS VOLKSWAGEN GROUP OF AMERICA), BENTLEY MOTORS, INC., AND BENTLEY MOTORS LTD.,**
*Defendants-Appellees,*

AND

**BRIGGS & STRATTON CORP., BRIGGS & STRATTON POWER PRODUCTS GROUP, LLC, AND MOTOROLA MOBILITY, INC.,**
*Defendants-Appellees,*

AND

**BROOKS SPORTS, INC. AND RUSSELL BRANDS, LLC,**
*Defendants-Appellees,*

AND

**COLDWATER CREEK, INC.,**

*Defendant-Appellee,*

AND

## HSN INTERACTIVE LLC AND HSN LP,
*Defendants-Appellees,*

AND

## HAYNEEDLE, INC.,
*Defendant-Appellee,*

AND

## J.C. PENNEY CORPORATION, INC., JUICY COUTURE, INC., KMART CORPORATION, LIZ CLAIBORNE, INC., NEW BALANCE ATHLETIC SHOE, INC., NORDSTROM, INC., OFFICE DEPOT, INC., PATAGONIA, INC., RECREATIQNAL EQUIPMENT, INC., SEARS BRANDS, LLC, SEARS HOLDINGS CORPORATION, SEARS, ROEBUCK AND CO., THE GAP, INC., WILLIAMS-SONOMA, INC., QVC, INC., AND VICTORIA'S SECRET DIRECT BRAND MANAGEMENT, LLC,
*Defendants-Appellees,*

AND

## JP MORGAN CHASE & CO.,
*Defendant-Appellee,*

AND

## LG ELECTRONICS USA, INC.,
*Defendant-Appellee,*

AND

## LOWE'S HOME CENTERS, INC.,
*Defendant-Appellee,*

AND

## MAGHOUND ENTERPRISES, INC., TIME, INC., AND TOYOTA MOTOR SALES USA, INC.,
*Defendants-Appellees,*

AND

## MAPQUEST, INC.,
*Defendant-Appellee,*

AND

## NIKE, INC.,
*Defendant-Appellee,*

AND

## NISSAN NORTH AMERICA, INC.,
*Defendant-Appellee,*

AND

## SOUTHWEST AIRLINES CO.,
*Defendant-Appellee,*

AND

## REDBOX AUTOMATED RETAIL, LLC,
*Defendant-Appellee,*

AND

## STAPLES, INC.,
*Defendant-Appellee,*

AND

## VF OUTDOOR, INC.,
*Defendant-Appellee.*

2012-1227

---

Appeal from the United States District Court for the Eastern District of Texas in case no. 12-CV-0018, Chief Judge Leonard Davis.

---

## ON MOTION

---

## ORDER

Lowe's Home Centers, Inc. ("Lowe's") moves to withdraw Phillip B. Philbin and Debra J. McComas as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. New counsel for Lowe's should promptly file entries of appearance

FOR THE COURT

**JUN 0 6 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  David R. Bennett, Esq.
     John F. Sweeney, Esq.
     William H. Oldach, III, Esq.
     C. Erik Hawes, Esq.
     Michael J. McKeon, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 0 6 2012

JAN HORBALY
CLERK

Gary J. Fischman, Esq.
Nathan W. Johnson, Esq.
Peter J. Brann, Esq.
Jason C. White, Esq.
Joseph R. Lanser, Esq.
John P. Passarelli, Esq.
Kenneth J. Jurek, Esq.
James Robert Arnett, II, Esq.
Steven M. Lieberman, Esq.
Phillip B. Philbin, Esq.
John M. Caracappa, Esq.
Vivian S. Kuo, Esq.
Christopher J. Renk, Esq.
Jeffrey S. Patterson, Esq.
Ramsey M. Al-Salam, Esq.
Max Ciccarelli, Esq.
Gerald C. Conley, Esq.
David G. Mangum, Esq.

s25